IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:11CR176(1) |
| | § | |
| DEMONT M. HERROD | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 25, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the court GRANT Defendant's *Pro Se* Omnibus Motion to Dismiss Counsel (Dkt. 65) as to Defendant's request to proceed *pro se* and DENY the motion as to Defendant's motion to withdraw his plea (*see* Dkt. 71).

The court has made a *de novo* review of the objections raised by Defendant (Dkt. 77) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant's *Pro Se* Omnibus Motion to Dismiss Counsel (Dkt. 65) is GRANTED as to Defendant's request to proceed *pro se* and DENIED as to Defendant's motion to withdraw his plea.

**IT IS SO ORDERED.**

**SIGNED** this the 14th day of June, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE